No. D–770.   IN RE DISBARMENT OF MATTHEWS.   Disbarment entered.   [For earlier order herein, see 489 U. S. 1004.]

No. D–771.   IN RE DISBARMENT OF BIAGGI.   Disbarment entered.   [For earlier order herein, see 489 U. S. 1049.]

No. D–782.   IN RE DISBARMENT OF RICKS.   It is ordered that Everett Emett Ricks, Jr., of Long Beach, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–783.   IN RE DISBARMENT OF PAIGE.   It is ordered that Richard R. Paige, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–784.   IN RE DISBARMENT OF LILLBACK.   It is ordered that Larry G. Lillback, of Mentor, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.   TEXAS v. NEW MEXICO.   Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $7,168.53 for the period January 1 through March 31, 1989, to be paid equally by the parties.   [For earlier order herein, see, e. g., 489 U. S. 1005.]

No. 87–1979.   CHESAPEAKE & OHIO RAILWAY CO. v. SCHWALB ET AL.; and

No. 88–127.   NORFOLK & WESTERN RAILWAY CO. v. GOODE. Sup. Ct. Va.   [Certiorari granted, 489 U. S. 1009.]   Motion of Association of American Railroads et al. for leave to file a brief as amici curiae granted.

No. 88–124.   BREININGER v. SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 6.   C. A. 6th Cir. [Certiorari granted, 489 U. S. 1009.]   Motion of National Right to Work Legal Defense Foundation for leave to file a brief as amicus curiae granted.